# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**ANTHONY J. SPATARO,**

    **Plaintiff,**

**v.**                                        **CIV 08-0274 JCH/LAM**

**DEPUY ORTHOPAEDICS, INC., et al.,**

    **Defendants.**

## ORDER OF REMAND

Having granted Plaintiff's Motion to Remand (*Doc. 5*), filed on March 24, 2008, by an Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition (*Doc.41*) entered contemporaneously with this order,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this matter is **REMANDED** to the Second Judicial District Court of Bernalillo County, New Mexico.

Dated this 9th day of January, 2009 .

                                                          **JUDITH C. HERRERA**
                                                          **UNITED STATES DISTRICT JUDGE**